|  |  |
|---|---|
| | TYPE OF HEARING: Plea |
| | CASE NUMBER: 1:25-mj-572 |
| | MAGISTRATE JUDGE: William E. Fitzpatrick |
| | DATE: 12/2/2025 |
| | TIME: 10:40 – 10:54 a.m. |
| EASTERN DISTRICT OF VIRGINIA | TAPE: FTR RECORDER |
| | DEPUTY CLERK: Laura Guerra |

UNITED STATES OF AMERICA

        VS.

Manuel Barillas-Canseca

**GOVT. ATTY:**       Jason Hamilton

**DEFT'S ATTY:**       Brittany Davidson

**DUTY AFPD:**

**INTERPRETER:** Spanish – Maria Horvath

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (  )
DEFT INFORMED OF RIGHTS AND THE VIOLATIONS (  )
COURT TO APPOINT COUNSEL (  )   FPD (  ) CJA (  ) Conflict List (  )

Plea entered guilty to count 1. Count 2 and 3 dismissed on gov't motion. Court accepts plea.
Sentencing as to Count 1: One Year Supervised Probation with Conditions.
Fine $100.00 S/A $25.00


(  )  DEFT IS REMANDED TO THE CUSTODY OF THE USMS DUE TO
(  ) RISK OF NON-APPEARANCE (   ) SAFETY OF THE COMMUNITY
(  ) DEFT RESERVES THE RIGHT OF THE COURTS DETERMINATION AS TO DETENTION BASED ON A CHANGE OF CIRCUMSTANCES

**NEXT COURT APPEARANCE:**

**TIME:**

**JUDGE:**